UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

PAUL HANSMEIER,

Plaintiff,

v.

JEFFREY FIKES; OFFICER DAWSON; and OFFICER MORTENSON,

Defendants

RECEIVED BY MAIL

SEP 03 2021

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Case No

REQUEST TO PROCEED IN FORMA PAUPERIS

EXPEDITED RELIEF REQUESTED

Plaintiff Paul Hansmeier requests leave to proceed in forma pauperis. Hansmeier is a pro se inmate who has previously received leave to proceed in this manner in this District. Hansmeier ~~requests~~ has requested via letter to the Clerk of Court a trust account form and will submit the form to the Court as soon as he receives it from the Clerk and it is completed by his Correctional Counselor (and will then remit the payment amount ordered by the Court). In the meantime, Hansmeier requests that the Court conduct the PLRA screening of his claims. Hansmeier seeks to file a temporary restraining order against the Defendants and thus seeks expedited handling of the PLRA process.

August 26, 2021

Paul Hansmeier

20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

SCANNED
SEP 03 2021
U.S. DISTRICT COURT MPLS