UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Paul Hansmeier,                                                           Civ. No. 21-1979 (PAM/DTS)

               Plaintiff,

v.                                                                                           **ORDER**

Jeffrey Fikes, Officer
Dawson, Officer Mortensen,
and Michael Carvajal,

               Defendants.

      This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz dated October 21, 2021. (Docket No. 15.) The R&R recommends that Plaintiff Paul Hansmeier's Amended Complaint be dismissed without prejudice for failure to prosecute, because Hansmeier did not pay the initial partial filing fee despite being ordered to do so. See 28 U.S.C. § 1915(b)(1), (4).

      This Court must review de novo any portion of an R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b). Hansmeier filed both an objection to the R&R (Docket No. 16) and a Motion to Reconsider directed to Magistrate Judge Schultz (Docket No. 17). In both filings, Hansmeier asserts that he submitted the correct Bureau of Prisons form to his counselor on September 29, 2021, asking for payment of the initial partial filing fee from his inmate account, and that he did not have any notice that the filing fee had not been paid until he received a copy of the R&R.

      More than a month after he allegedly requested payment of the fee, the Court has yet to receive any filing fee from Hansmeier. This matter simply cannot go forward until

Hansmeier pays the required initial partial filing fee for this action, which he acknowledges he has the funds to do. See 28 U.S.C. § 1915(b). The Court will allow Hansmeier an additional 20 days in which to submit the initial partial filing fee Magistrate Judge Schultz ordered him to pay on September 24, 2021. (Docket No. 8.) To assist in Hansmeier's efforts to pay the fee, a copy of this Order will be sent to the Federal Correctional Institution-Sandstone, where Hansmeier is currently incarcerated, and to the United States Attorney's Office. The facility is reminded of its obligation to assist prisoners requesting the necessary documentation and funds to proceed in federal court. Should Hansmeier fail to pay the initial partial filing fee in the time permitted, the Court will not hesitate to adopt the R&R's recommendation and dismiss this matter without prejudice.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Within 20 days of the date of this Order, Plaintiff Paul Hansmeier must pay an initial partial filing fee of $33.58;

2. The Court reserves ruling on the R&R (Docket No. 15) for 20 days from the date of this Order, but should Hansmeier fail to pay the filing fee as ordered the Court will adopt the R&R and dismiss this matter without prejudice;

3. The Motion to Reconsider (Docket No. 17) is **DENIED as moot**; and

4. The Clerk of Court is **DIRECTED** to send a copy of this Order to the financial department of FCI Sandstone and to the United States Attorney's Office for the District of Minnesota.

Dated:  <u>Wednesday, November 3, 2021</u>         <u>*s/ Paul A. Magnuson*         </u>
　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge