21cv1979 cvml).
20cv 219 wmw

November 7, 2021

RECEIVED BY MAIL
NOV 12 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Dear Clerk of Court:

On November 5, 2021, I received a Notice of Electronic filing from your office regarding your office's receipt of a $33.58 PLRA Civil Filing Fee. The receipt was filed in case number 20-cv-219 (wmw), but it should have been filed in case number 21-cv-1979 (PAM/DTS). The payment issue is generating some heat right now, so I would appreciate a refiling of the receipt in the correct case.

Sincerely,

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

SCANNED
NOV 12 2021
U.S. DISTRICT COURT MPLS