RECEIVED BY MAIL
NOV 12 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PAUL HANSMEIER, <br> Plaintiff, <br> v. <br><br> JEFFREY FIKES, et al, <br> Defendants. | Case No. 21-cv-1979 <br><br> REQUEST ~~FOR~~ TO APPEAR VIA TELEPHONE |

Plaintiff Paul Hansmeier respectfully requests to appear via telephone at any hearing that may be held on his pending motion for a temporary restraining order.

Respectfully submitted,

November 7, 2021

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

SCANNED
NOV 12 2021
U.S. DISTRICT COURT MPLS