UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAUL HANSMEIER,
  Plaintiff,

v.

JEFFREY FIKES, et al,
  Defendants.

Case No. 21-cv-1979 (PAM/DTS)

SUGGESTION OF MOOTNESS

RECEIVED BY MAIL
NOV 12 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Defendants have voluntarily provided Plaintiff Paul Hansmeier with the relief sought in his motions for temporary restraining orders. Specifically, Defendants have released Hansmeier from administrative detention and Hansmeier's transfer is no longer pending. For those reasons, Hansmeier respectfully suggests that his motions for temporary restraining orders are moot.

Respectfully submitted,

November 9, 2021

Paul Hansmeier
20853-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

SCANNED
NOV 12 2021
U.S. DISTRICT COURT MPLS