UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul Hansmeier, | Civ. No. 21-1979 (PAM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Jeffrey Fikes, Officer Dawson, Officer Mortensen, and Michael Carvajal, | |
| Defendants. | |

This matter is before the Court on Plaintiff Paul Hansmeier's Suggestion of Mootness.  (Docket No. 30.)  According to Hansmeier, his requests for injunctive relief are moot because Defendants have given Hansmeier the relief he sought.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's Motions for Temporary Restraining Orders (Docket Nos. 10, 19) are **DENIED as moot**.

Dated: Wednesday, November 17, 2021

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge