

# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

| **Warren E. Burger Federal Building and U.S. Courthouse** 316 North Robert Street Room 100 St. Paul, MN 55101 | **Diana E. Murphy U.S. Courthouse** 300 South Fourth Street Room 202 Minneapolis, MN 55415 | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** 515 West First Street Duluth, MN 55802 | **Edward J. Devitt U.S. Courthouse and Federal Building** 118 South Mill Street Fergus Falls, MN 56537 |
|---|---|---|---|

November 18, 2021

Prison Authorities, Attn: Financial Unit
FCI Sandstone – Unit K3
P.O. Box 1000
Sandstone, MN 55072

Case Number:  0:21–cv–01979–PAM–DTS  Hansmeier v. Fikes et al
Inmate: Paul Hansmeier Reg. No 20953–041

Re: Fees Due

Dear Prisoner Authorities:

The enclosed order relates to the financial obligations of an inmate at your facility. The inmate has been ordered to pay the unpaid balance of the filing fee for the action filed in this court. If you have any questions regarding the order, please contact the Court.

**Mail Payment to:**
Clerk, U.S. District Court
Attention: Financial Unit
300 South 4th Street, Suite 202
Minneapolis, MN 55415

Sincerely,

Kate M. Fogarty, Clerk

Enclosure: Copy of Order