

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

12/3/2021

Paul Hansmeier
Reg. No 20953-041
FCI Sandstone - Unit K3
P.O. Box 1000
Sandstone, MN 55072

Re:  Case No. 21-cv-01979-PAM-DTS

Dear Paul Hansmeier:

We have received your request for issuance of summons. However, we cannot complete your request at this time. Please see the 'Letter from Clerk's Office re: Order Granting IFP and USM Forms to Complete' dated 11/18/2021, docket entry 33. Another copy of this Letter and Blank USM forms are attached to this mailing.

Sincerely,

Kate M. Fogarty, Clerk