

**UNITED STATES
DISTRICT COURT
DISTRICT OF MINNESOTA**

**Norine Strobel**
Criminal Debt Specialist
Minneapolis
O: (612) 664-5015

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

December 28, 2021

Paul Hansmeier #20953-041
PO Box 1000
Federal Correctional Institution
Sandstone, MN  55072

Mr. Hansmeier,

In response to your letter dated November 7, 2021, please be advised that the correction has been made regarding the PLRA initial filing fee ordered in Case #21-CV-1979.  Case #20-CV-219 has been credited $33.58 and Case #21-CV-1979 has been debited the $33.58 as per the Order dated November 3, 2021.

Regards,

Norine Strobel
Criminal Debt Specialist
U.S. District Court, Minneapolis