VIA ECF

Magistrate Judge David T. Schultz
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

RECEIVED BY MAIL
MAR 21 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
MAR 21 2022
U.S. DISTRICT COURT MPLS

Re: Hansmeier v. Fikes, et al., 21-cv-1979 (PAM/DTS)

Dear Judge Schultz:

I am in receipt of AUSA Rau's letter dated March 9, 2022. As I understand it, Rau's position is that service has not been completed, notwithstanding the executed summonses filed by the U.S. Marshall's office.

Your Honor, if my resending of summons and complaint to the U.S. Attorney's office in Minneapolis and the Attorney General in Washington D.C. will moot any service issues, then I am happy to do so. It is my understanding that the U.S. Marshall's already did this, but I have no way to confirm that point with them. And I find it difficult to believe that counsel would be misinforming the Court about this.

What I would need from the Court is an order directing the Clerk of Court to issue summonses to me and a copy of the amended complaint. I previously requested summonses from the Clerk of Court, but my request was rejected based on the order for Marshall's service.

If the Court is disinclined to issue this order, then I intend to take no further action regarding service — for the simple reason that there is nothing else that is within my capacity to do. I have no way of contacting the U.S. Marshall's office to arrange the

sending (or resending) of service documents to Minneapolis and Washington D.C.

If I hear nothing from the Court and nothing further from the Defendants then I will seek default based on the executed summons on file with the Court.

Respectfully submitted,

March 14, 2022

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072