UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAUL HANSMEIER,

    Plaintiff,

v.

JEFFREY FIKES, et al.,

    Defendants.

Case No. 21-CV-1979 (PAM/DTS)

DECLARATION OF RONALD WARLICK

I, Ronald Warlick, do hereby declare and state as follows:

1. I am currently employed by the Federal Bureau of Prisons (BOP) of the United States Department of Justice, as the Captain at the Federal Correctional Institution in Sandstone, Minnesota. I began working for the BOP in March 2004 as a Correctional Officer. I served in positions of increasing authority and assumed my current position in June 2019. I have access to BOP files maintained in the ordinary course of business related to inmates incarcerated within the BOP, including the SENTRY[1] database.

2. As Captain, I oversee the safety and security of inmates at FCI Sandstone and the staff working in the Correctional Services Department. Among other responsibilities, the Correctional Services Department is responsible for institutional security, inmate conduct and discipline, safety, and sanitation. I am familiar with the operation of FCI Sandstone's Special Housing Unit (SHU), the inmate discipline procedures, and investigations conducted by Special Investigative Services (SIS) staff.

---

[1] SENTRY is the Bureau's national database which tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, participation in programs, administrative remedies, and discipline history.

1

GOVERNMENT
EXHIBIT

1

3. It is my understanding FCI Sandstone inmate Paul Hansmeier, Register No. 20953-041, has filed a civil action alleging staff retaliated against him by placing him SHU, issuing an incident report, and threatening to transfer him.

4. Hansmeier was placed into the Special Housing Unit (SHU) on June 7, 2021, pending an investigation into possible misconduct. *See* Inmate History – Quarters, dated 05-18-2022, for Paul R. Hansmeier, Register No. 20953-041, a true and correct copy of which is attached as Exhibit A to this declaration. Hansmeier released from SHU on November 8, 2021, and has not been placed back in SHU since his release.

5. Pursuant to Program Statement 5270.11, *Special Housing Units*, a Lieutenant or I must approve the inmate's placement in SHU pending investigation of a disciplinary violation, with consideration given for the seriousness of the violation. Hansmeier was placed into SHU after suspicious materials were located in his property, including a draft letter in which he identified himself as part of the "Child Porn Task Force," an organization that claimed to be tasked with eliminating child porn from the internet. According to the draft letter, the Task Force would post adult videos in file sharing sites with code words used in child pornography and find the IP address that downloaded the files. The Task Force would then threaten litigation against the person who downloaded the videos unless a fee was paid. This draft letter was suspicious as it was similar to Hansmeier's instant offense and mentioned child pornography sharing sites.

6. While in SHU and at the conclusion of an investigation, Hansmeier received an incident report for suspected violations of Code 204, Extortion, and Code 196, Use of the Mail for an Illegal Purpose on August 23, 2021. Pursuant to Program Statement 5270.09, *Inmate Discipline Program*, the incident report was referred to the Discipline Hearing Officer (DHO) for a hearing and determination of whether the conduct violated BOP rules. The

      DHO is an impartial decision maker who was not involved in the incident. The DHO's decision will be "based on at least some facts, and if there is conflicting evidence, on the greater weight of the evidence." 28 C.F.R. § 541.8(f).

7. The DHO expunged this incident report. There is no record of Hansmeier receiving the incident report on his chronological discipline record. *See* Inmate Discipline Data – Chronological Disciplinary Record, dated 05-18-2022, for Paul R. Hansmeier, Register No. 20953-041, a true and correct copy of which is attached as Exhibit B to this declaration.

8. Finally, one recommendation from the investigation was to transfer Hansmeier to another facility. DSCC denied the transfer request. FCI Sandstone has no plans to transfer Hansmeier unless it is for one of the reasons articulated in Chapter 7 of Program Statement 5100.08, *Inmate Security Designation and Custody Classification*. Appropriate reasons for transfer include, but are not limited to, medical transfers, transfers for program participation, or transfers to another security level facility.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of June, 2022.

_____
Ronald Warlick
Captain
Federal Correctional Institution
Sandstone, Minnesota