```
 RCHAN   531.01 *              INMATE HISTORY            *    05-18-2022
PAGE 001 OF 001 *                 QUARTERS               *     11:33:19

 REG NO..: 20953-041 NAME....: HANSMEIER, PAUL R
 CATEGORY: QTR        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                 START DATE/TIME STOP   DATE/TIME
SST    K31-005L    HOUSE K/RANGE 31/BED 005L   12-02-2021 0912 CURRENT
SST    K35-052U    HOUSE K/RANGE 35/BED 052U   11-08-2021 1338 12-02-2021 0912
SST    Z01-111LAD  HOUSE Z/RANGE 01/BED 111L AD 11-03-2021 1229 11-08-2021 1338
SST    Z01-110LAD  HOUSE Z/RANGE 01/BED 110L AD 10-16-2021 1917 11-03-2021 1229
SST    Z01-112LAD  HOUSE Z/RANGE 01/BED 112L AD 10-16-2021 1916 10-16-2021 1917
SST    Z01-107LAD  HOUSE Z/RANGE 01/BED 107L AD 10-16-2021 1854 10-16-2021 1916
SST    Z01-103LAD  HOUSE Z/RANGE 01/BED 103L AD 10-16-2021 1055 10-16-2021 1854
SST    Z01-107LAD  HOUSE Z/RANGE 01/BED 107L AD 09-28-2021 1121 10-16-2021 1055
SST    Z01-106LAD  HOUSE Z/RANGE 01/BED 106L AD 09-09-2021 1132 09-28-2021 1121
SST    Z01-105UAD  HOUSE Z/RANGE 01/BED 105U AD 08-22-2021 1120 09-09-2021 1132
SST    Z01-106UAD  HOUSE Z/RANGE 01/BED 106U AD 08-10-2021 1156 08-22-2021 1120
SST    Z01-106LAD  HOUSE Z/RANGE 01/BED 106L AD 08-10-2021 1154 08-10-2021 1156
SST    Z01-110UAD  HOUSE Z/RANGE 01/BED 110U AD 07-28-2021 1108 08-10-2021 1154
SST    Z01-104UAD  HOUSE Z/RANGE 01/BED 104U AD 07-09-2021 0824 07-28-2021 1108
SST    Z01-106UAD  HOUSE Z/RANGE 01/BED 106U AD 06-21-2021 1124 07-09-2021 0824
SST    Z01-112UAD  HOUSE Z/RANGE 01/BED 112U AD 06-17-2021 1418 06-21-2021 1124
SST    Z01-106UAD  HOUSE Z/RANGE 01/BED 106U AD 06-07-2021 1031 06-17-2021 1418
SST    K31-005L    HOUSE K/RANGE 31/BED 005L   12-12-2020 1211 06-07-2021 1031
SST    A01-003L    HOUSE A/RANGE 01/BED 003L   12-11-2020 1453 12-12-2020 1211
SST    K31-006U    HOUSE K/RANGE 31/BED 006U   08-15-2019 1354 12-11-2020 1453
SST    K35-043U    HOUSE K/RANGE 35/BED 043U   07-10-2019 0845 08-15-2019 1354
SST    Z01-101LAD  HOUSE Z/RANGE 01/BED 101L AD 07-09-2019 1541 07-10-2019 0845
SST    K35-043U    HOUSE K/RANGE 35/BED 043U   07-09-2019 1240 07-09-2019 1541




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

**GOVERNMENT EXHIBIT**

**Warlick - A**