```
 RCHAN          *      INMATE DISCIPLINE DATA        *      05-18-2022
PAGE 001 OF 001 *   CHRONOLOGICAL DISCIPLINARY RECORD      *      11:58:10


REGISTER NO: 20953-041 NAME..: HANSMEIER, PAUL R
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-18-2022


-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3510445 - SANCTIONED INCIDENT DATE/TIME: 06-02-2021 1230
UDC HEARING DATE/TIME: 06-03-2021 1018
FACL/UDC/CHAIRPERSON.: SST/WEST/GLERUM
REPORT REMARKS.......: 15 DAYS LOSS OF PHONE
                       30 DAYS LOSS OF EMAIL SUSPENDED PEND 180 DAYS CC
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP EMAIL   / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    SUSPENDED PENDING 180 DAYS CLEAR CONDUCT
        LP PHONE   / 15 DAYS / CS
                 FROM: 06-03-2021  THRU: 06-17-2021
        COMP:    LAW:




    G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

GOVERNMENT
EXHIBIT

Warlick - B