```
 RCHAN            *        PUBLIC INFORMATION          *    05-16-2022
PAGE 001          *           INMATE DATA              *    10:18:25
                            AS OF 05-16-2022

REGNO..: 20953-041 NAME: HANSMEIER, PAUL R

                   RESP OF: SST
                   PHONE..: 320-245-2262   FAX: 320-245-0385
                                           RACE/SEX...: WHITE / MALE
                                           AGE:   41
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 06-12-2031                    PAR HEAR DT:




G0002         MORE PAGES TO FOLLOW . . .
```

GOVERNMENT EXHIBIT

Boldt - A

```
 RCHAN           *        PUBLIC INFORMATION       *      05-16-2022
PAGE 002         *           INMATE DATA           *      10:18:25
                          AS OF 05-16-2022


REGNO..: 20953-041 NAME: HANSMEIER, PAUL R

                    RESP OF: SST
                    PHONE..: 320-245-2262    FAX: 320-245-0385
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 12-12-2030

THE INMATE IS PROJECTED FOR RELEASE: 06-12-2031 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: MINNESOTA
DOCKET NUMBER...................: 16-CR-334 (JNE/KMM)
JUDGE...........................: ERICKSEN
DATE SENTENCED/PROBATION IMPOSED: 06-14-2019
DATE COMMITTED..................: 07-09-2019
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $200.00        $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO     AMOUNT: $1,541,527.37

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  548     18:1956 RACKETEERING
OFF/CHG: 18:1349:CONSPIRACY TO COMMIT MAIL FRAUD & WIRE FRAUD (CT.1);
         18:1956(H):CONSPIRACY TO COMMIT MONEY LAUNDERING (CT.17)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    168 MONTHS
 TERM OF SUPERVISION............:      2 YEARS
 DATE OF OFFENSE................: 12-31-2013




G0002       MORE PAGES TO FOLLOW . . .
```

```
 RCHAN           *         PUBLIC INFORMATION          *     05-16-2022
PAGE 003 OF 003 *             INMATE DATA              *     10:18:25
                            AS OF 05-16-2022


REGNO..: 20953-041 NAME: HANSMEIER, PAUL R

                   RESP OF: SST
                   PHONE..: 320-245-2262   FAX: 320-245-0385
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-20-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-20-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 07-09-2019
TOTAL TERM IN EFFECT............:    168 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     14 YEARS
EARLIEST DATE OF OFFENSE........: 12-31-2013

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    12-16-2016   12-16-2016

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 756
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 06-12-2031
ELDERLY OFFENDER TWO THIRDS DATE: 11-06-2028
EXPIRATION FULL TERM DATE.......: 07-07-2033
TIME SERVED.....................:      2 YEARS     10 MONTHS      9 DAYS
PERCENTAGE OF FULL TERM SERVED..:  20.4
PERCENT OF STATUTORY TERM SERVED:  23.9

PROJECTED SATISFACTION DATE.....: 06-12-2031
PROJECTED SATISFACTION METHOD...: GCT REL




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```