```
 RCHAN              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-16-2022
PAGE 001 OF                                                              10:25:28
       FUNCTION: L-P SCOPE: REG   EQ 20953-041      OUTPUT FORMAT: FULL
 -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
 DT RCV: FROM _____ THRU _____    DT STS: FROM _____ THRU _____
 DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
 DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
 STS/REAS:  _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
 SUBJECTS:  ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
 EXTENDED: _ REMEDY LEVEL: _ _             RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
 RCV  OFC : EQ ____     ____      ____      ____      ____      ____
 TRACK:  DEPT: _____ _____ _____ _____ _____ _____
       PERSON:  ___       ___       ___       ___       ___       ___
         TYPE:  ___       ___       ___       ___       ___       ___
 EVNT FACL: EQ ____     ____      ____      ____      ____      ____
 RCV FACL.: EQ ____     ____      ____      ____      ____      ____
 RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
 RCV QTR..: EQ _____ _____ _____ _____ _____ _____
 ORIG FACL: EQ ____     ____      ____      ____      ____      ____
 ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
 ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




 G0002       MORE PAGES TO FOLLOW . . .
```

GOVERNMENT EXHIBIT

Boldt - B

```
 RCHAN              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-16-2022
PAGE 002 OF      *               FULL SCREEN FORMAT               *       10:25:28


REGNO: 20953-041 NAME: HANSMEIER, PAUL
RSP OF...: SST UNT/LOC/DST: WEST                  QTR.: K31-005L    RCV OFC: SST
REMEDY ID: 1088037-F1     SUB1: 21AM SUB2:        DATE RCV:   07-16-2021
UNT  RCV..:WEST          QTR RCV.: Z01-104UAD     FACL RCV: SST
UNT  ORG..:WEST          QTR ORG.: Z01-104UAD     FACL ORG: SST
EVT FACL.: SST    ACC LEV:                        RESP DUE:
ABSTRACT.: APPEAL INCIDENT REPORT
STATUS DT: 07-16-2021   STATUS CODE: REJ STATUS REASON: ONE ATT RSF
INCRPTNO.:           RCT:    EXT:   DATE ENTD: 07-16-2021
REMARKS..: YOU MUST PROVIDE TWO COPIES OF THE INCIDENT REPORT.



REGNO: 20953-041 NAME: HANSMEIER, PAUL
RSP OF...: SST UNT/LOC/DST: WEST                  QTR.: K31-005L    RCV OFC: NCR
REMEDY ID: 1088037-R1     SUB1: 21AM SUB2:        DATE RCV:   08-02-2021
UNT  RCV..:WEST          QTR RCV.: Z01-110UAD     FACL RCV: SST
UNT  ORG..:WEST          QTR ORG.: Z01-104UAD     FACL ORG: SST
EVT FACL.: SST    ACC LEV:                        RESP DUE:
ABSTRACT.: APPEAL INCIDENT REPORT
STATUS DT: 08-03-2021   STATUS CODE: REJ STATUS REASON: OTH IRQ LEG RSR
INCRPTNO.:           RCT:    EXT:   DATE ENTD: 08-03-2021
REMARKS..: CORRECT YOUR ISSUES WITH YOUR BP9 & REFILE AT THE
           INSTITUTION. WARDEN'S RESPONSE IS REQUIRED.










     G0002        MORE PAGES TO FOLLOW . . .
```

```
 RCHAN              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     05-16-2022
PAGE 003 OF     *              FULL SCREEN FORMAT                *      10:25:28


REGNO: 20953-041 NAME: HANSMEIER, PAUL
RSP OF...: SST UNT/LOC/DST: WEST               QTR.: K31-005L   RCV OFC: NCR
REMEDY ID: 1094057-R1    SUB1: 34AM SUB2:      DATE RCV:   09-07-2021
UNT   RCV..:WEST         QTR RCV.: Z01-105UAD  FACL RCV: SST
UNT   ORG..:WEST         QTR ORG.: Z01-105UAD  FACL ORG: SST
EVT FACL.: SST     ACC LEV:                    RESP DUE:
ABSTRACT.: ALLEGES MISCONDUCT
STATUS DT: 09-13-2021   STATUS CODE: REJ STATUS REASON: SEN INS IRQ RSR
INCRPTNO.:           RCT:     EXT:    DATE ENTD: 09-13-2021
REMARKS..:



REGNO: 20953-041 NAME: HANSMEIER, PAUL
RSP OF...: SST UNT/LOC/DST: WEST               QTR.: K31-005L   RCV OFC: BOP
REMEDY ID: 1088037-A1    SUB1: 21AM SUB2:      DATE RCV:   09-07-2021
UNT   RCV..:WEST         QTR RCV.: Z01-105UAD  FACL RCV: SST
UNT   ORG..:WEST         QTR ORG.: Z01-104UAD  FACL ORG: SST
EVT FACL.: SST     ACC LEV:                    RESP DUE:
ABSTRACT.: APPEAL INCIDENT REPORT
STATUS DT: 09-28-2021   STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:           RCT:     EXT:    DATE ENTD: 09-28-2021
REMARKS..:




  G0002        MORE PAGES TO FOLLOW . . .
```

```
 RCHAN            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     05-16-2022
PAGE 004 OF 004 *               FULL SCREEN FORMAT                *    10:25:28


REGNO: 20953-041 NAME: HANSMEIER, PAUL
RSP OF...: SST UNT/LOC/DST: WEST                QTR.: K31-005L   RCV OFC: SST
REMEDY ID: 1114068-F1     SUB1: 31ZM SUB2:      DATE RCV:   03-21-2022
UNT   RCV..:WEST          QTR RCV.: K31-005L    FACL RCV: SST
UNT   ORG..:WEST          QTR ORG.: K31-005L    FACL ORG: SST
EVT FACL.: SST    ACC LEV:  SST  1 NCR  1          RESP DUE:  SUN  04-10-2022
ABSTRACT.: WANTS FRP REDUCED
STATUS DT: 03-25-2022   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 03-21-2022
REMARKS..:



REGNO: 20953-041 NAME: HANSMEIER, PAUL
RSP OF...: SST UNT/LOC/DST: WEST                QTR.: K31-005L   RCV OFC: NCR
REMEDY ID: 1114068-R1     SUB1: 31ZM SUB2:      DATE RCV:   04-04-2022
UNT   RCV..:WEST          QTR RCV.: K31-005L    FACL RCV: SST
UNT   ORG..:WEST          QTR ORG.: K31-005L    FACL ORG: SST
EVT FACL.: SST    ACC LEV:  SST  1 NCR  1          RESP DUE:  FRI  06-03-2022
ABSTRACT.: WANTS FRP REDUCED
STATUS DT: 04-05-2022   STATUS CODE: ACC STATUS REASON:
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 04-05-2022
REMARKS..:




                    6 REMEDY SUBMISSION(S) SELECTED
   G0000       TRANSACTION SUCCESSFULLY COMPLETED
```