U.S. Department of Justice

Federal Bureau of Prisons

Sensitive

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Hansmeier, Paul R — 20953-041 — K3 — Sandstone
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL**

[illegible] have been in the SHU for [illegible] days based on an SIS investigation by officers Damron-Eckberg and Morrison [illegible] I filed in early June. I am an attorney by [illegible] and my cases involve challenges to certain federal statutes as applied to certain intellectual property and civil rights enforcement methods. My cases are proceeding through the ordinary civil procedures, but rather than wait to see how the judges rule, officers Damron-Eckberg and Morrison have decided to take the [illegible] of charging me with [illegible] the [illegible] property and [illegible]. In other words, these officers [illegible] of the judge. [illegible] to put into words just how [illegible] and [illegible] this is. Judge [illegible] [illegible] Morrison, I [illegible] that these officers [illegible] to [illegible] [illegible] regardless of how my [illegible] [illegible] I [illegible] Sandstone staff [illegible] the [illegible] to the judges. I [illegible] to [illegible] Sandstone [illegible]

DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
SEP 07 2021
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

Legal - Sen?

[illegible] Sus. Allegs MBC. Consider approval 9/09/21 [illegible]

FOR SIS REVIEW & FILING
Signed Mowery
Date 9/16/21

DATE — REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 1094057R1

GOVERNMENT EXHIBIT
**Boldt C**

**Part C - RECEIPT**

CASE NUMBER: ____________

Return to: ____________
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ____________

DATE — SIGNATURE, RECIPIENT OF REGIONAL APPEAL