Welcome [REDACTED] | Logout

| HOME | ALERTS | MY WORK | NEW CASE | SEARCH MAIN | EMAIL |

## CASE SEARCH

[Search] [Reset]

**Case Login Information**

| Field | Value |
|---|---|
| Case ID | |
| Inmate Reg No. | 20953-041 |
| Short Description | |
| Classification | Any |
| Case Type | Any |
| Case Sub-Type | Any |
| Current Region | Any |
| Current Institution | Any |
| Incident Region | Any |
| Incident Institution | Any |
| Monetary Relief Sought | |
| Estimated Amount | |
| **LawPack Only?** | |
| Responsible Legal Office | Any |

**Case Resolution**

| Field | Value |
|---|---|
| Resolution Type | Any |
| Resolution Reason | Any |
| Resolution Sought | |
| Total Amount Paid | |
| Resolution Description | |
| Pro Se ? | Any |

**Person Involved**

| Field | Value |
|---|---|
| Type | |
| Last Name | |
| First Name | |
| Inmate Reg No. | |

**Case Progress**

| Field | Value |
|---|---|
| Case Status | |
| Timeline Status | |
| Case Owner | |

**Search Criteria**

Dates: [ ] [ ] [ ] to [ ]
       [ ] [ ] [ ] to [ ]

Long Description: [ ]
Further Case Classification: [ ]
Comments: [ ]

● ALL of these conditions   ○ ANY of these conditions

[Search] [Reset]

| Home | Alerts | My Work | New Case | Search Main | Email |

United States Department of Justice - Office of General Counsel & Review

**GOVERNMENT EXHIBIT**

Boldt - D

