August 17, 2021

FORM SF-95

I am submitting this tort claim to recover for the loss the Bureau of Prisons has inflicted upon me via SIS officers Mortenson and Dawson. I am a plaintiff in several lawsuits. The defendants in these lawsuits have no connection to the BOP, its inmates or its staff. I am pursuing my claims in good faith and in accordance with the law. On August 9, 2021, SIS officers Mortenson and Dawson informed me that, as an inmate, I cannot pursue civil claims seeking monetary relief, as that activity would constitute the prohibited acts of extortion (204) and operating a business (334). Indeed, I have been subject to administrative detention in the SHU since June 7, 2021, under SIS investigation based on the lawsuits I am pursuing. My claims are being destroyed. I estimate my loss to be $2 million. I ask to be compensated for this loss.

I am submitting this claim on notebook paper because I am in the SHU and my copiest request for Form SF-95 has gone ignored.

Respectfully Submitted,

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

RECEIVED
AUG 24 2021
LEGAL NORTH CENTRAL REGIONAL OFFICE

TRT-NCR-2021-07585

GOVERNMENT EXHIBIT
Boldt - E