

**U.S. Department of Justice**

Federal Bureau of Prisons

North Central Regional Office

Office of Regional Counsel

400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101

December 15, 2021

Paul Hansmeier
Register No. 20953-041
FCI Sandstone
Federal Correctional Institution
P.O. BOX 1000
Sandstone, MN 55072

7020 1810 0001 2629 2388

Re:   Administrative Claim TRT-NCR-2021-07585
      Personal Injury ($2,000,000.00)

Dear Mr. Hansmeier:

   Your above-referenced tort claim has been considered for administrative review pursuant to 28 C.F.R. § 0.172, Authority: Federal Tort Claims and 28 C.F.R. Part 14, Administrative Claims Under Federal Tort Claims Act. Investigation of your claim did not reveal you suffered any personal injury as a result of the negligent acts or omissions of Bureau of Prisons employees acting within the scope of their employment.

   As a result of this investigation, your claim is denied. This memorandum serves as a notification of final denial under 28 C.F.R. § 14.9, Final Denial of Claim. If you are dissatisfied with our agency's action, you may file suit in an appropriate U.S. District Court no later than six months after the date of mailing of this notification.

Sincerely,

for Kara Anderl

Richard M. Winter
Regional Counsel

**GOVERNMENT EXHIBIT**

**Boldt - F**