BP-A0943   Small Claims for Property Damage or Loss (31 U.S.C. § 3723)
MAR 18
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

**1. Location where the property loss or damage occurred:**

Sandstone FCI

**2. Name, address of claimant (Register number, street, city, state, and zip code):**

Paul Hansmeier
20953-041 Unit K3
Federal Correctional

**3. Date and Day of Incident:**

June 2, 2021

**4. Time: (A.M. or P.M.):**

~1:00 p.m.

**5. Basis of Claim** (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

SIS Officers Mortenson & Dawson went through my legal boxes during a search and removed a legal document (the 2010 Americans With Disabilities Act Accessibility Guidelines) that I need to prosecute claims that are pending in federal court.

**6. Witnesses** (Please provide the name and address (number, street, city, state, and zip code) of each witness):

See Above

**7. Amount of Claim for Damage to, or loss of, privately owned property (in dollars) (Sum Certain Amount - Total Amount Of Claim):**

$300 [illegible]

**8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED**

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**9. Signature of Claimant or Authorized Representative**

[signature]

**10. Date**

January 27, 2022

RECEIVED
FEB 10 2022
LEGAL NORTH CENTRAL REGIONAL OFFICE

TRT-NCR-2022-03082

GOVERNMENT EXHIBIT
Boldt - G