UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 21-CV-1979 (PAM/DTS)

PAUL HANSMEIER,

        Plaintiff,                            **[PROPOSED] ORDER**

JEFFREY FIKES, OFFICER DAWSON,
OFFICER MORTENSON, and MICHAEL
CARVAJAL,

        Defendants.


Upon consideration of the Federal Defendants' 12(b)(6) Motion to Dismiss and/or Rule 56 Motion for Summary Judgment (ECF No. 50), **IT IS HEREBY ORDERED** that the Plaintiff's Complaint in this action is dismissed, with each party to bear its own attorney's fees, costs, and expenses.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:                                     _____
                                     The Honorable Paul A. Magnuson
                                     United States District Court Judge