UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED BY MAIL
JUN 17 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| PAUL HANSMEIER, <br> Plaintiff, <br> v. <br> JEFFREY FIKES, et al., <br> Defendants. | 21-cv-1979 (PAM/DTS) <br><br> MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT |

Plaintiff Paul Hansmeier respectfully requests a 30 day extension of time to respond to Defendants' motion to dismiss and/or for summary judgment. Defendants have filed a lengthy motion along with evidence. Hansmeier needs the requested extension to read the cases cited in Defendants' memorandum, review Defendants' evidence and prepare a response. Hansmeier is able to accomplish these tasks under the current deadline, particularly given that Sandstone FCI is in "Red" mode, which for purposes of this motion means that Hansmeier is much more limited in his access to the law library.

Dated June 14, 2022

Respectfully submitted,

Paul Hansmeier
24753-041 Unit F
P.O. Box 1000
Sandstone, MN 55072

SCANNED JUN 17 2022 U.S. DISTRICT COURT MPLS