**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Paul Hansmeier,<br><br>    Plaintiff,<br><br>v.<br><br>Jeffrey Fikes, et al.,<br><br>    Defendants. | Case No. 21-cv-1979 (PAM/DTS)<br><br>**ORDER** |

Plaintiff filed a Motion for an Extension of Time (Dkt. No. 56) to respond to Defendants' Motion to Dismiss and/or Summary Judgment (Dkt. No. 50). The Court finds there is good cause to extend the deadline for Plaintiff's response to the motion.

**IT IS HEREBY ORDERED:** Plaintiff shall respond to the motion on or before July 25, 2022.

Dated: June 22, 2022         ____s/David T. Schultz_____
                             DAVID T. SCHULTZ
                             U.S. Magistrate Judge