RECEIVED
BY MAIL
SEP 02 2022

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS. MINNESOTA

SST-1330.18E

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

NOTICE TO INMATE: You are advised that prior to receiving and filing a request for Administrative Remedy form BP-9, you **MUST** attempt to informally resolve your complaint through the respective department head(DH) prior to receiving a BP-9. Briefly state complaint below and list what efforts you have made to resolve your complaint informally. Also, please state names of staff contacted.

Initials and date informal resolution form issued by Correctional Counselor: 7-28-22 SL

Inmate Name: Hanstmeier     Number: 20953-041     Quarters: F

1. Complaint/Remedy Requested: Officers Mortenson and Dawson retaliated against me on account of 1st Amendment protected activity and wrote me a retaliatory 305 incident report. I ask that the incident report be expunged. IR was issued on or around June 2, 2021.

2. DH efforts made to informally resolve: _____

3. Print, Sign and date of Department Head contacted: _____

   Initials and date returned to Correctional Counselor: _____

   If informal resolution attained: _____
   Inmate Signature    Date        Staff Signature    Date

4. Program statements referenced or otherwise utilized in attempt at informal resolution were:

Reviewed By: _____  Date  _____ Unit Manager

Date BP-9 issued: _____ Date  _____ Correctional Counselor

_____ Date  _____ Inmate Signature

cc: Unit Counselor

SCANNED
SEP 02 2022
U.S. DISTRICT COURT MPLS

SST-1330.18E

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

NOTICE TO INMATE: You are advised that prior to receiving and filing a request for Administrative Remedy form BP-9, you **MUST** attempt to informally resolve your complaint through the respective department head(DH) prior to receiving a BP-9. Briefly state complaint below and list what efforts you have made to resolve your complaint informally. Also, please state names of staff contacted.

Initials and date informal resolution form issued by Correctional Counselor: _7-28-22 SO_

Inmate Name: _Hansmeier_   Number: _20453-041_   Quarters: _F_

1. Complaint/Remedy Requested: _I was charged with Prohibited Acts extortion and use of the mails for an illegal purpose (which were ultimately dismissed) based on my petitioning activity. I was also thrown in the SHU for five months during the investigation and disciplinary process. I would like the BOP's concession that the Inmate Discipline Program is unconstitutional as applied to inmate petitioning activity under the 1st Amendment._
2. DH efforts made to informally resolve: _and to be transferred to home confinement to prevent future applications of the IDP to my petitioning activity_

3. Print, Sign and date of Department Head contacted: _____

   Initials and date returned to Correctional Counselor: _____

   If informal resolution attained: _____
                         Inmate Signature   Date      Staff Signature   Date

4. Program statements referenced or otherwise utilized in attempt at informal resolution were:

   _____

Reviewed By: _____  _____
              Date      Unit Manager

Date BP-9 issued: _____  _____
                    Date      Correctional Counselor

                    _____  _____
                    Date      Inmate Signature

cc: Unit Counselor

SST-1330.18E

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

NOTICE TO INMATE: You are advised that prior to receiving and filing a request for Administrative Remedy form BP-9, you **MUST** attempt to informally resolve your complaint through the respective department head(DH) prior to receiving a BP-9. Briefly state complaint below and list what efforts you have made to resolve your complaint informally. Also, please state names of staff contacted.

Initials and date informal resolution form issued by Correctional Counselor: _7-28-22 SC_

Inmate Name: _Hansmeier_   Number: _20953-041_   Quarters: _F_

1. Complaint/Remedy Requested: _I was thrown in the SHU for five months because officers Dawson and Mortenson disapproved of my petitioning activity. I would like to be prevented from further retaliation, including by being placed on home confinement, so that my First Amendment rights are protected._

2. DH efforts made to informally resolve: _____

3. Print, Sign and date of Department Head contacted: _____

   Initials and date returned to Correctional Counselor: _____

   If informal resolution attained: _____ _____ _____ _____
                                        Inmate Signature   Date   Staff Signature   Date

4. Program statements referenced or otherwise utilized in attempt at informal resolution were:

   _____

Reviewed By: _____
                Date     Unit Manager _____

Date BP-9 issued: _____
                    Date     Correctional Counselor _____

                    Date     Inmate Signature _____

cc: Unit Counselor

SST-1330.18E

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

NOTICE TO INMATE: You are advised that prior to receiving and filing a request for Administrative Remedy form BP-9, you **MUST** attempt to informally resolve your complaint through the respective department head(DH) prior to receiving a BP-9. Briefly state complaint below and list what efforts you have made to resolve your complaint informally. Also, please state names of staff contacted.

Initials and date informal resolution form issued by Correctional Counselor: 7-28-22

Inmate Name: Hansmeier   Number: 20153-041   Quarters: F

1. Complaint/Remedy Requested: The BOP is interfering with ongoing petitioning activity in the courts by, for example, seizing and destroying my legal materials, placing me in administrative detention and denying me access to my legal materials and taking other similar measures. I ask for the interference to stop and for consideration of home confinement to prevent future interference.

2. DH efforts made to informally resolve: _____

_____

3. Print, Sign and date of Department Head contacted: _____

Initials and date returned to Correctional Counselor: _____

If informal resolution attained: _____  _____  _____  _____
                                Inmate Signature  Date            Staff Signature   Date

4. Program statements referenced or otherwise utilized in attempt at informal resolution were:

_____

Reviewed By:  _____     _____
              Date                Unit Manager

Date BP-9 issued: _____
                  Date            Correctional Counselor

              _____     _____
              Date                Inmate Signature

cc: Unit Counselor

SST-1330.18E

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

NOTICE TO INMATE: You are advised that prior to receiving and filing a request for Administrative Remedy form BP-9, you **MUST** attempt to informally resolve your complaint through the respective department head(DH) prior to receiving a BP-9. Briefly state complaint below and list what efforts you have made to resolve your complaint informally. Also, please state names of staff contacted.

Initials and date informal resolution form issued by Correctional Counselor: 7-28-22 SB

Inmate Name: Hansmeier    Number: 20953-041   Quarters: F

1. Complaint/Remedy Requested: I would like a transfer to home confinement. I have a propensity for bringing politically objectionable litigation — which, while First Amendment protected, will place considerable pressure on BOP staff to violate my First Amendment rights, as history has shown. Transfer to home confinement would address this issue.

2. DH efforts made to informally resolve: _____

3. Print, Sign and date of Department Head contacted: _____

   Initials and date returned to Correctional Counselor: _____

   If informal resolution attained: _____ _____ _____ _____
   Inmate Signature  Date   Staff Signature  Date

4. Program statements referenced or otherwise utilized in attempt at informal resolution were:
_____

Reviewed By: _____
Date

_____
Unit Manager

Date BP-9 issued: _____
Date

_____
Correctional Counselor

_____
Date

_____
Inmate Signature

cc: Unit Counselor