TRULINCS 20953041 - HANSMEIER, PAUL R - Unit: SST-F-A

---

FROM: 20953041
TO:
SUBJECT: MFS - 01 - Motion
DATE: 09/04/2022 08:29:43 AM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 21-cv-1979

Paul Hansmeier,
   Plaintiff,

v.

Jeffrey Fikes, et al.,
   Defendants.

## MOTION FOR SANCTIONS PURSUANT TO THE COURT'S INHERENT AUTHORITY

Plaintiff Paul Hansmeier respectfully moves the Court pursuant to the Court's inherent authority to impose the sanction of default and whatever other relief the Court deems just and equitable in light of Defendants' further retaliation against Hansmeier for engaging in the First Amendment-protected activity of submitting the administrative remedies that counsel for Defendants suggested that Hansmeier submit. This motion is based on the attached Memorandum of Law, Declaration of Paul Hansmeier and Exhibits thereto and the the entire record of these proceedings. Hansmeier respectfully requests a telephonic hearing on this motion.

Respectfully submitted,

/s/ Paul Hansmeier

Paul Hansmeier
20953-041 Unit F
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

Dated: 9/11/22

