TRULINCS 20953041 - HANSMEIER, PAUL R - Unit: SST-F-A

-----------------------------------------------------------------------------------------------------------------

FROM: 20953041
TO:
SUBJECT: MFS - 02 - Notice of Hearing
DATE: 09/04/2022 08:41:41 AM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
21-cv-1979

Paul Hansmeier,
    Plaintiff,

v.

Jeffrey Fikes, et al.,
    Defendants.

NOTICE OF HEARING

    Please take notice that on a date, time and place to be decided, the Court will hearing Plaintiff Paul Hansmeier's motion for sanctions against Defendants. This notice will be amended when further information is known.

Dated: 9/11/22

Paul Hansmeier
20953-041 Unit F
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

RECEIVED BY MAIL
SEP 14 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
SEP 14 2022
U.S. DISTRICT COURT MPLS