TRULINCS 20953041 - HANSMEIER, PAUL R - Unit: SST-F-A

**RECEIVED BY MAIL**
**SEP 14 2022**
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

FROM: 20953041
TO:
SUBJECT: Statement to UDC
DATE: 09/04/2022 12:17:20 PM

I, Paul Hansmeier, submit the following statement pursuant to the penalty of perjury in support of my request to expunge the incident report. *and in support of my motion for sanctions.*

1. My name is Paul Hansmeier. I am over the age of 18 and am competent to testify as to the matters herein.

2. On August 9, 2022, my wife called my counselor, Mr. Glerum to schedule a visit. According to my wife, she scheduled a visit for August 27, 2022. According to Mr. Glerum, the visit was scheduled for August 20, 2022.

3. No one came to visit me on August 20, 2022. I did not receive any visit that day.

4. On August 27, 2022, I was getting ready for my visit. Officer Thompson called me out of my unit and asked me about my visit. He informed me that I was not on the visiting list for that day and asked me if Mr. Glerum had given me written confirmation of the visit. I told Mr. Thompson that Mr. Glerum had not done so. I accurately reported what my wife had told me, which is that she called Mr. Glerum to schedule a visit for August 27, 2022, and received verbal confirmation for the visit.

5. Mr. Thompson said he would take my word for it and allowed me to have my visit.

6. After my meeting with Mr. Thompson, I called my wife to relay my experience with Mr. Thompson. She continued to confirm that she had scheduled her visit for August 27, 2022.

6.5. On September 1, 2022, I was called to the lieutenant's office to receive an incident report for lying to Mr. Thompson about having a visit.

7. I did not lie to Mr. Thompson about my visit. Rather, I accurately reported the information my wife communicated to me. To the extent there was a mix-up about whether my wife was visiting on August 20, 2022 versus August 27, 2022, it was an honest mix-up between Mr. Glerum and my wife.

7.5. There is no visiting list posted in F Unit, where I live, that would have allowed me to know about the mix-up in advance.

8. I believed (and continue to believe) that my wife scheduled her visit for August 27, 2022, and Mr. Glerum made the honest mistake of accidently scheduling it for August 20, 2022.

9. Either way, I never lied to or was dishonest with Mr. Thompson about what I knew about my visit on August 27, 2022.

10. According to my wife, she never would have scheduled a visit for August 20, 2022, because she was going to be on a trip to her family's lake home in Wisconsin that day.

11. For these reasons, I ask that the incident report be expunged from my record. Everything I stated in here can be confirmed by reviewing my phone calls with my wife on August 27, 2022, and the week leading up to it.

Dated: September 11, 2022

_____
Paul Hansmeier

**SCANNED**
**SEP 14 2022**
U.S. DISTRICT COURT MPLS

12. The foregoing incident report was expunged.

13. A true and correct copy of the incident report is attached hereto as Exhibit A.