## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Paul Hansmeier,

      Plaintiff,

v.

Jeffrey Fikes, Officer Dawson,
Officer Mortenson, Michael Carvajal,

      Defendant.

Case No. 21-cv-1979 (PAM/DTS)

**ORDER**

Plaintiff Paul Hansmeier moved the Court for sanctions against the Defendants, pursuant to the Court's inherent authority.

Based on the filings and records associated with this matter, **IT IS HEREBY ORDERED:** Plaintiff's Motion for Sanctions (Dkt. No. 66) is **DENIED**.

Dated: September 20, 2022

          ___s/David T. Schultz_____
          DAVID T. SCHULTZ
          U.S. Magistrate Judge