# UNITED STATES DISTRICT COURT
## District of Minnesota

Paul Hansmeier,

    Plaintiff,

v.

Jeffrey Fikes, Officer Dawson, Officer Mortenson, Michael Carvajal,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 21-cv-1979 PAM/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The R&R (Docket No. 65) is **ADOPTED**;

2. Defendants' Motion for Summary Judgment (Docket No. 50) is **GRANTED**;

3. Hansmeier's Amended Complaint (Docket No. 9) is **DISMISSED without prejudice**;

4. Hansmeier's Motion for Preliminary Injunction (Docket No. 60) and Appeal/Objection of Magistrate Judge Decision (Docket No. 74) are **DENIED as moot**.

Date: 10/14/2022                            KATE M. FOGARTY, CLERK