RECEIVED
BY MAIL
NOV 03 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Paul Hansmeier,
        Plaintiff,

v.

Jeffrey Fikes, et al.,
        Defendants.

21-cv-1979 (PAM/DTS)

DECLARATION OF PAUL HANSMEIER
IN SUPPORT OF RULE 59(E) MOTION
TO ALTER OR AMEND JUDGMENT

Plaintiff Paul Hansmeier declares under the penalty of perjury as follows:

1. Attached hereto as Exhibit A is a true and correct copy of
an article dated October 17, 2022, posted on Abovethelaw.com.

Submitted under the penalty of perjury pursuant to 28 U.S.C. § 1746

October 27, 2022

Paul Hansmeier

SCANNED
NOV 03 2022
U.S. DISTRICT COURT MPLS